## CERTIFICATE OF SERVICE OF ANDERS BRIEF ON DEFENDANT

TO:  Robert Milligan
Register No. 24501-171
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC  29590

FROM:  Beattie B. Ashmore
650 E. Washington Street
Greenville, SC  29601
Counsel for Defendant-Appellant

I have reviewed the record documents in your case and have carefully reviewed the law in light of the circumstances of your case.  Unfortunately, I cannot find a meritorious ground to submit to the Court of Appeals on your behalf.  Because I find no issues of merit for your direct appeal, I am filing a brief in your case pursuant to the decision of the United States Supreme Court in Anders v. California, 386 U.S. 738 (1967).

As required by the Supreme Court's decision in Anders, I have provided you with a copy of the Anders brief and advised you that you may file a supplemental pro se brief within 30 days.

If you choose to file a supplemental pro se brief, it should be sent to the following address: Clerk, U.S. Court of Appeals for the Fourth Circuit, 1100 East Main Street, Suite 501, Richmond, VA  23219-3517.  Copies should also be served on counsel in the case.

Dated this 24th day of March, 2014.                    _____
                                                                                    Beattie B. Ashmore