UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 24, 2014

_____

No. 14-4095
(4:12-cr-00669-RBH-6)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

ROBERT DEWAYNE MILLIGAN, a/k/a Wayne

   Defendant - Appellant

_____

ANDERS NOTICE
_____

NOTICE TO APPELLANT: Robert Milligan

PRO SE SUPPLEMENTAL BRIEF DUE: 04/23/2014

Your attorney has filed a brief on your behalf pursuant to Anders v. California, 386 U.S. 738 (1967). In accordance with the requirements of that case, this court will undertake a full review of the district court record to determine whether there may be any issues of possible merit on appeal.

You have the right to submit a brief raising any arguments that you think might support your appeal. You need not furnish any legal citations but should present the facts and arguments you wish the court to consider.

Should you wish to file a pro se supplemental brief, you must file an original with the court within 30 days and serve a copy on counsel in this case. If you are unable to prepare your brief in English, the brief should be filed and served in your native language, and your attorney will arrange for translation. If you are satisfied with the brief filed by your attorney, you need not file a pro se supplemental brief.


RJ Warren, Deputy Clerk
804-916-2702


Copies:     Mr. Beattie Balentine Ashmore
            BEATTIE B. ASHMORE, PA
            650 East Washington Street
            Greenville, SC 29601

            Mr. Arthur Bradley Parham
            OFFICE OF THE UNITED STATES ATTORNEY
            P. O. Box 1567
            Suite 222
            Florence, SC 29501-0000